**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON**

**CIVIL ACTION NO. 2017-356 (WOB-REW)**

**STEPHEN ROBERTS NUNN**                                             **PETITIONER**

**VS.**                         **ORDER**

**AARON SMITH, WARDEN**                                           **RESPONDENT**

This matter is before the Court on the Recommended Dispositions of the United States Magistrate Judge (Docs. 17 and 30), and no objections having been filed as to Doc. 17 and Court having considered de novo the objections (Doc. 31) filed as to Doc. 30, and the Court being advised,

**IT IS ORDERED** that the Recommended Dispositions of the Magistrate Judge (Docs. 17 and 30) are hereby **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (Doc. 1), is **DISMISSED WITH PREJUDICE.** A certificate of appealability shall not issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

A separate Judgment shall enter concurrently herewith.

This 29th day of March, 2018.



Signed By:
**William O. Bertelsman** WOB
United States District Judge